# Exhibit J

1

NO. 2007-34953

| QUANTLAB FINANCIAL, LLC | ) IN THE DISTRICT COURT |
| --- | --- |
| | ) |
| VS. | ) HARRIS COUNTY, TEXAS |
| | ) |
| ANDRIY (ANDREW) | ) |
| LEONIDOVICH KUHARSKY | ) 113TH JUDICIAL DISTRICT |

NO. 2007-34954

| QUANTLAB FINANCIAL, LLC | ) IN THE DISTRICT COURT |
| --- | --- |
| | ) |
| VS. | ) HARRIS COUNTY, TEXAS |
| | ) |
| VITALIY GODLEVSKY | ) 125TH JUDICIAL DISTRICT |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

VIDEOTAPE DEPOSITION OF
ANDREW KUHARSKY
SEPTEMBER 5, 2007

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Reported by Phyllis Loy

Job No. 65423

2

1    ORAL AND VIDEOTAPED DEPOSITION OF ANDREW
2    KUHARSKY, produced as a witness at the instance of the
3    Plaintiff, duly sworn, was taken in the above-styled
4    and numbered cause on September 5, 2007, from 9:40 to
5    6:07, before Phyllis Loy, CSR in and for the State of
6    Texas, reported by stenotype, at the offices of The
7    Solomon Law Firm, 2950 North Loop West, Suite 500,
8    Houston, Texas, pursuant to the Texas Rules of Civil
9    Procedure and the provisions stated on the record or
10   attached hereto.
11                        A P P E A R A N C E S
12
     FOR THE PLAINTIFF:
13
         Mr. Timothy McInturf
14       Mr. G. Mark Jodon
         Littler Mendelson
15       1301 McKinney Street, Suite 1900
         Houston, Texas  77010
16            Telephone:  713.951.9400
              Facsimile:  713.951.9212
17            E-mail:     tmcinturf@littler.com
18
     FOR THE DEFENDANTS:
19
         Mr. Lee Solomon
20       The Solomon Law Firm, P.C.
         2950 North Loop West, Suite 500
21       Houston, Texas  77092
              Telephone:  713.358.5512
22            Facsimile:  713.358.5513
              E-mail:     leesolomonlawfirm.com
23
     ALSO PRESENT:  Mr. Bruce Eames
24                  Mr. Vitaliy Godlevsky
25   THE VIDEOGRAPHER:  Ms. Dianna Ray

52

Q. Why is that?

A. Because it allows Quantlab Financial to make -- to make that much money.

Q. And that's something that is secret and belongs to Quantlab. Is that correct?

A. That's correct.

Q. As we sit here today, do you believe you have this code in your possession in any form?

A. No, I don't.

Q. As we sit here today, do you know anyone that has any portion of this code that is not a current employee of Quantlab?

A. I don't know.

Q. That's my question. Do you know anyone?

A. No, I don't.

Q. Do you believe Quantlab would be harmed if this code were to fall into the hands of a competitor?

A. Yes.

Q. How would Quantlab be harmed?

A. It is possible that the competitor would use this code to compete with Quantlab.

Q. When we came back from the break, you mentioned something called the Euro-Net. Is that right?

A. Euronext.

1  with Exhibit 4. Correct?
2    A.  Exhibit 4, that's correct.
3    Q.  And you've told me that you intend to protect
4  whatever you consider to be Quantlab's confidential
13:55  5  information. Correct?
6    A.  No, I did not say that. I said that I would
7  protect information what --
8         THE REPORTER: I'm sorry. You would
9  protect what?
13:55 10    A.  I'm sorry. Could you please repeat the
11  question.
12    Q.  You indicated you intend to comply with
13  Exhibit 4. Correct?
14    A.  That's correct.
13:55 15    Q.  How are you going to decide what is
16  confidential information of Quantlab and what is not?
17    A.  First of all, I don't have the code, so I
18  cannot use it. Second, as for general knowledge,
19  mathematics and statistics, what I know belongs to me.
13:55 20  As for some, or something similar which is some
21  algorithms, which is similar, can, you know -- a lot
22  of questions I will consult -- I will consult my
23  attorneys.
24    Q.  So as we sit here today, other than the code,
13:56 25  is there any information that you learned at Quantlab

that you consider yourself bound not to use?

A. One more time. There was lots of information, of course. I had research reports and I don't have them now. I don't have research reports. I erased all the documents. I erased all the code. Everything else is gray area, which I don't know well, what I can use or I cannot use. I'm going to consult my attorneys. If there will be a possibility for me to use something or when I try to make or to develop some algorithms.

Q. Did you tell Mr. Eames that you feel like you're free to use any information that is in your head?

A. No, I did not say that.

Q. Did you tell that to Dr. Bosarge?

A. No. I said that they cannot vacuum my head.

Q. Do you believe that you're free to use any information that's in your head as long as you don't have research reports and code and files and documents?

A. I don't believe that. I just don't know.

Q. Are there any -- as we sit here today, are there any concepts that you know Quantlab is using in its trading strategies that you feel like you are bound not to try to copy?

122

first name, so I can't -- Chinese last name and first name, so I cannot spell it for you.

Q. What about anyone else?

A. Working for -- could you one more time repeat the question.

Q. Sure. What I'm trying to figure out is -- I'm intentionally being broad because I'm trying to figure out what types of professional activities you've either engaged in or contemplated since you left Quantlab. So one of the things is you've talked to Mr. Mammalakis and Mr. Godlevsky about starting a new trading company. Correct?

A. Uh-huh.

Q. Have you talked with Mr. Mammalakis and Mr. Godlevsky about what type of trading strategies you might employ on behalf of the new company?

A. Yes. We discussed with Vitaliy Godlevsky.

Q. What type of strategies are you considering?

A. We are considering at this point pair trading.

Q. What?

A. Pair trading.

Q. And is that different or similar to what Quantlab does?

A. It's different. Quantlab doesn't have the

123

strategy. Pair, it's p-a-i-r. Sorry.

Q. What is pair trading?

A. It's when you take two tickers or two stocks, which are very similar, and you try to buy and sell each of them. And try to come up with -- you know, to make profit.

Q. Other than Mr. Mammalakis and Mr. Godlevsky talking to Ping An about coming to work for the company, have you talked to any other Quantlab employees about perhaps going into business with you?

A. No, sir.

Q. Have you ever discussed -- have you ever discussed with Ms. Maravina the possibility of working together?

A. No, sir, absolutely not.

Q. Have you ever discussed going into business with any other former employees of Quantlab besides Ping An?

A. No, sir.

Q. Have you, since your employment ended with Quantlab, considered other professional activities besides starting this company with Mr. Godlevsky and Mr. Mammalakis?

A. No, sir.

Q. Have you talked to any trading companies

VIDEOTAPE DEPOSITION OF ANDREW KUHARSKY

```
 1                      NO. 2007-34953
 2  QUANTLAB FINANCIAL, LLC  ) IN THE DISTRICT COURT
                             )
 3  VS.                      ) HARRIS COUNTY, TEXAS
                             )
 4  ANDRIY (ANDREW)          )
    LEONIDOVICH KUHARSKY     ) 113TH JUDICIAL DISTRICT
 5
 6                      NO. 2007-34954
 7  QUANTLAB FINANCIAL, LLC  ) IN THE DISTRICT COURT
                             )
 8  VS.                      ) HARRIS COUNTY, TEXAS
                             )
 9  VITALIY GODLEVSKY        ) 125TH JUDICIAL DISTRICT
10
                    REPORTER'S CERTIFICATION
11                DEPOSITION OF ANDREW KUHARSKY
                       September 5, 2007
12
13          I, Phyllis Loy, Certified Shorthand Reporter
14  in and for the State of Texas, hereby certify to the
15  following:
16          That the witness, Andrew Kuharsky, was duly
17  sworn by the officer and that the transcript of the
18  oral deposition is a true record of the testimony
19  given by the witness;
20          That the deposition transcript was submitted
21  on 9/20/07 to the witness or to the attorney for
22  the witness for examination, signature, and return to
23  me by October 10, 2007;
24          That the amount of time used by each party at
25  the deposition is as follows:
```

Sunbelt Reporting & Litigation Services
Houston   Austin   Corpus Christi   Dallas/Fort Worth   East Texas

1    Mr. McInturf - 5 hours, 58 minutes
2    That pursuant to information given to the
3  deposition officer at the time said testimony was
4  taken, the following includes counsel for all parties
5  of record:
6    Mr. Timothy McInturf, Mr. G. Mark Jodon,
7  Attorneys for Plaintiff.
8    Mr. Lee Solomon, Attorney for Defendants.
9    I further certify that I am neither counsel
10 for, related to, nor employed by any of the parties or
11 attorneys in the action in which this proceeding was
12 taken, and further that I am not financially or
13 otherwise interested in the outcome of the action.
14   Further certification requirements pursuant
15 to Rule 203 of TRCP will be certified to after they
16 have occurred.
17   Certified to by me this September 18, 2007.

                    _____
                    PHYLLIS JOY, Texas CSR 3701
                    Expiration Date: 12/31/08
                    Firm Registration No. 300
                    6575 West Loop South, Suite 580
                    Bellaire, Texas 77401
                    713.667.0763

VIDEOTAPE DEPOSITION OF ANDREW KUHARSKY

```
 2        The original deposition was/was not returned
 3   to the deposition officer on   10/10/07   ;
 4        If returned, the attached Changes and
 5   Signature page contains any changes and the reasons
 6   therefor;
 7        If returned, the original deposition was
 8   delivered to Timothy T. McInturf, Custodial Attorney;
 9        That $1339.20 is the deposition officer's
10   charges to the Plaintiff for preparing the original
11   deposition transcript and any copies of exhibits;
12        That the deposition was delivered in
13   accordance with Rule 203.3, and that a copy of this
14   certificate was served on all parties shown herein on
15   10/30/07 and filed with the Clerk.
16        Certified to by me this 30th day of
17   October, 2007.
18
19
20
21        _____
          PHYLLIS JOY, Texas CSR 3/01
22        Expiration Date: 12/31/08
          Firm Registration No. 300
23        6575 West Loop South, Suite 580
          Bellaire, Texas 77401
24        713.667.0763
25
```

Sunbelt Reporting & Litigation Services
Houston   Austin   Corpus Christi   Dallas/Fort Worth   East Texas