# Exhibit K

# FULBRIGHT & JAWORSKI L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
FULBRIGHT TOWER
1301 MCKINNEY, SUITE 5100
HOUSTON, TEXAS 77010-3095
WWW.FULBRIGHT.COM

T. J. WRAY
PARTNER
TJWRAY@FULBRIGHT.COM

DIRECT DIAL: (713) 651-5585
TELEPHONE: (713) 651-5151
FACSIMILE: (713) 651-5246

June 15, 2007

**VIA HAND DELIVERY**

Mr. Tim McInturf
Littler Mendelson, P.C.
1301 McKinney Street, Suite 1900
Houston, Texas 77010

> Re: Cause No. 2007-34954; *Quantlab Financial, LLC v. Vitaly Godlevsky*; In the 125th Judicial District Court of Harris County, Texas.
>
> **And**
>
> Cause No. 2007-34953; *Quantlab Financial, LLC v. Andriy "Andrew" Leonidovich Kuharsky*; In the 113th Judicial District Court of Harris County, Texas.

Dear Tim:

This letter hereby confirms that Vitaliy Godlevsky and Andriy Leonidovich Kuharsky reaffirm their agreement and continuing intent to comply with the terms of the Proprietary Information Agreement pending the outcome of the above-entitled lawsuits.

This letter also confirms that Mr. Godlevsky and Mr. Kuharsky have not breached the Proprietary Information Agreement. Mr. Kuharsky represents that he does not have any tangible property or documents from Quantlab currently in his possession. Mr. Godlevsky represents that there is a possibility that he may have electronic files in his possession, which he took home during evacuations for a hurricane. Mr. Godlevsky has not disclosed the electronic files to anyone or looked at the electronic files since he left Quantlab. He is prepared to search for any such electronic files and return them to the company next week if he has them in his possession.

Nothing herein shall prohibit either Mr. Godlevsky or Mr. Kuharsky from discussing any alleged proprietary information in the above-entitled lawsuits or providing any truthful information to any governmental authority.

Mr. Tim McInturf
June 15, 2007
Page 2

Additionally, nothing herein shall prohibit either of them from challenging the legality or propriety of the terms of the Proprietary Information Agreement in the above-entitled lawsuits.

Finally, nothing herein shall serve as an admission that either Mr. Godlevsky or Mr. Kuharsky have ever breached or threatened to breach the Proprietary Information Agreement.

Very truly yours,

T. J. Wray

TJW/rml

cc: Ms. Karen A. Monroe
    Siller Wilk LLP
    675 Third Avenue
    New York, New York 10017-5704

cc: Carolanda Bremond (Firm)

31349556.1

038021-1008
C

# FULBRIGHT & JAWORSKI L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
FULBRIGHT TOWER
1301 MCKINNEY, SUITE 5100
HOUSTON, TEXAS 77010-3095
WWW.FULBRIGHT.COM

T. J. WRAY
PARTNER
TJWRAY@FULBRIGHT.COM

DIRECT DIAL: (713) 651-5585
TELEPHONE: (713) 651-5151
FACSIMILE: (713) 651-5246

June 15, 2007

**VIA HAND DELIVERY**

Mr. Tim McInturf
Littler Mendelson, P.C.
1301 McKinney Street, Suite 1900
Houston, Texas 77010

Re: Cause No. 2007-34954; *Quantlab Financial, LLC v. Vitaly Godlevsky*; In the 125th Judicial District Court of Harris County, Texas.

**And**

Cause No. 2007-34953; *Quantlab Financial, LLC v. Andriy "Andrew" Leonidovich Kuharsky*; In the 113th Judicial District Court of Harris County, Texas.

Dear Tim:

Enclosed is the letter we agreed upon at our conference today. In exchange, you agreed to inform the courts that the requests for temporary relief are withdrawn and that the hearings should be cancelled. I am expecting to hear from you concerning proposed mediators and whether discovery will be stayed by agreement pending mediation.

Very truly yours,

T.J. Wray

TJW/rml
Enclosure
cc: Ms. Karen A. Monroe
 Siller Wilk LLP
 675 Third Avenue
 New York, New York 10017-5704

cc: Carolanda Bremond (Firm)


RECEIVED JUN 15 2007

31349799.1

HOUSTON • NEW YORK • WASHINGTON DC • AUSTIN • DALLAS • DENVER • LOS ANGELES • MINNEAPOLIS • SAN ANTONIO • ST. LOUIS
BEIJING • DUBAI • HONG KONG • LONDON • MUNICH • RIYADH

C

# FULBRIGHT & JAWORSKI L.L.P.
A REGISTERED LIMITED LIABILITY PARTNERSHIP
FULBRIGHT TOWER
1301 MCKINNEY, SUITE 5100
HOUSTON, TEXAS 77010-3095
WWW.FULBRIGHT.COM

T. J. WRAY
PARTNER
TJWRAY@FULBRIGHT.COM

DIRECT DIAL:   (713) 651-5585
TELEPHONE:    (713) 651-5151
FACSIMILE:    (713) 651-5246

June 15, 2007

**VIA HAND DELIVERY**

Mr. Tim McInturf
Littler Mendelson, P.C.
1301 McKinney Street, Suite 1900
Houston, Texas 77010

Re: Cause No. 2007-34954; *Quantlab Financial, LLC v. Vitaliy Godlevsky*; In the 125th Judicial District Court of Harris County, Texas.

**And**

Cause No. 2007-34953; *Quantlab Financial, LLC v. Andriy "Andrew" Leonidovich Kuharsky*; In the 113th Judicial District Court of Harris County, Texas.

Dear Tim:

Per our June 15, 2007 agreement, Vitaliy Godlevsky has searched for any and all electronic files belonging to Quantlab Financial L.L.C., which he may have taken home during evacuations for a hurricane. Mr. Godlevsky represents that he does not have any tangible property or documents, including electronic files, from Quantlab in his possession.

Very truly yours,

T. J. Wray

TJW/rml

cc: Ms. Karen A. Monroe
    Siller Wilk LLP
    675 Third Avenue
    New York, New York 10017-5704


RECEIVED JUN 19 2007

31351396.1
HOUSTON • NEW YORK • WASHINGTON DC • AUSTIN • DALLAS • DENVER • LOS ANGELES • MINNEAPOLIS • SAN ANTONIO • ST. LOUIS
BEIJING • DUBAI • HONG KONG • LONDON • MUNICH • RIYADH

Mr. Tim McInturf
June 15, 2007
Page 2


cc:    Carolanda Bremond (Firm)

31351396.1