# Exhibit O

FD-597 (Rev 8-11-94)

Page __1__ of __1__

### UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # __295A-HO-68127__

On (date) __03/05/2008__

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) __SXP__

(Street Address) __THREE RIVER WAY, SUITE 705__

(City) __Houston TX__

__Room "C"__

Description of Item(s): __Seagate USB external drive, S/N SMA6J23T,__
__160 GB HDD, Free Agent Go, identified as Room C. 3__

__4 CDs__

Received By: _Q. Robert Woloszyn_ (Signature)    Received From: _____ (Signature)

SXPF-000001

Page ___ 1 ___ of ___ 1 ___

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # _SI/5/I 110-108/5/7_

On (date) _____

Item(s) listed below were:
☒ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) _K F / _____ d. ____ ( CAP TOP )_

(Street Address) _____

(City) ___ t ___ TX _____

Description of Item(s): _____

_____

_____

Received By: _(signature)_ Received From: _____
           (Signature)                    (Signature)

SXPF-000002

FD-597 (Rev 8-11-94)

Page _1_ of _1_

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 295A-H0-68127

On (date) _3/5/08_

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) SXP

(Street Address) 3 Riverway, Suite 705

(City) Houston, TX                    Room A

Desk in Room A

Description of Item(s):

6   CD Roms
1-   Maxtor external harddrive   S/N - RA05H6DC
1-   Black Desktop Power Spec PC

Received By: _(signature) Robert Nolan_   (Signature)   Received From: _____ (Signature)

SXPF-000003

FD-597 (Rev 8-11-94)                                                        Page ___1___ of ___1___

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # _295-HD-68127_

On (date) _3/5/08_

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) _SXP_

(Street Address) _2 RIVERWAY, STE 705_

(City) _HOUSTON_

Description of Item(s): _ROOM F_6_          Room F

(1) HP SERVER (Intel) MODEL # SR1530AH
S/N QSHC7510783

Received By: _O. Robert Woburn_   Received From: _____
           (Signature)                              (Signature)

FD-597 (Rev 8-11-94)

Page 1 of 1

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**
Receipt for Property Received/Returned/Released/Seized

288 A-HO-68129
File # 295A-HO-68127

On (date) MARCH 5, 2006

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) SXP Room E

(Street Address) 3 RIVERWAY STE 705

(City) HOUSTON

Description of Item(s): Antec Generic Computer, no M/N, no S/N - Identified
as Room E-1 ~~with power cord~~

O. Robert Wolosyn

Received By: O. Robert Wolosyn        Received From: _____
(Signature)                                          (Signature)

SXPF-000005

PD-597 (Rev 8-11-94)

Page ___1___ of ___1___

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # _____

On (date) _____3/5/08_____

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) ___295A-HO-68127   288-HO-68129___

(Street Address) ___3 RIVERWAY STE 705___

(City) ___HOUSTON TX___

Description of Item(s): _Room 1_

1- SEAGATE   500 GB   s/1 9863F2KK

1- Seagate   500 GB   s/n 9663G1HF

1- Seagate   500 GB   s/n 6Q619222

1- Samsung   1000 GB   s/n S13PTJMPA00012

1- Samsung   1000 GB   s/n S13PTJMPA00002

Received By: _Q. Robert Woloszyn_   Received From: _____
              (Signature)                                (Signature)

FD-597 (Rev 8-11-94)

Page _____ of _____

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

288A - HO - 68 129

File #   295A - HO - 68127

On (date)   MARCH 5, 2009

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name)   SXP   Room I

(Street Address)   3 RIVERWAY STE 705

(City)   HOUSTON

Room I

Description of Item(s):  - HP Proliant DL320 server SN: MV27350ZAE,
- Supermicro server with no serial number

Received By:   Q. Robert Wolson   Received From: _____
　　　　　　　　　(Signature)　　　　　　　　　　　　　　　　　　(Signature)

SXPF-000007

FD-597 (Rev 8-11-94)

Page ___/___ of ___/___

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # _275-HO-68127_

On (date) _3/5/08_

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) _SPX_

(Street Address) _3 RIVER WAY STE 705_

(City) _HOUSTON_ _Room F_

Description of Item(s): _Room F - 4_
_1 - Server HP DL 380 S/N# MX2714014/1_

Received By: _D. Robert Walston_
(Signature)

Received From: _____
(Signature)

SXPF-000008

FD-597 (Rev 8-11-94)

Page _1_ of _1_

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
#### Receipt for Property Received/Returned/Released/Seized

File # _295-HO-68127_

On (date) _3/5/08_

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) _SXP_

(Street Address) _3 RIVERWAY STE 705_

(City) _HOUSTON_

Description of Item(s): _Room F_

_1-BLACK SupermicroCase SN # CTN3007396205 48_

Received By: _O. Robert Wolason_   Received From: _____
(Signature)                                                   (Signature)

FD-597 (Rev 8-11-94)

Page __1__ of __1__

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # _295- HO- 6 0127_

On (date) _MARCH 5, 2008_

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) _SXP_

(Street Address) _3 RIVERWAY STE 705_

(City) _HOUSTON_

Description of Item(s): _Room F_

① BLACK DESKTOP SERVER   S/N C74300739620552

Received By: _O Robert Walony_   Received From: _____
               (Signature)                              (Signature)

FD-597 (Rev 8-11-94)                                                    Page ___1___ of ___1___

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # _295-HO-68121_

On (date) _3/5/08_

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) _STX_

(Street Address) _3 RIVER WAY STE 705_

(City) _HOUSTON, TX_

Description of Item(s): _ROOM F_

① METAL CASE CONTAIN ① SEAGATE 500 GB HDD S/N 9QG3G14HR

O Robert Wolson

Received By: _O. Robert (Wolson)_        Received From: _____
                    (Signature)                                    (Signature)

SXPF-000011

FD-597 (Rev 8-11-94)                                                Page ___1___ of ___1___

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 2A5-HO-60127

On (date) 3/5/08                                       item(s) listed below were:
                                                       ☐ Received From
                                                       ☐ Returned To
                                                       ☐ Released To
                                                       ☒ Seized

(Name) SXP

(Street Address) 3 RIVERWAY STE 705

(City) HOUSTON                          Room F

Description of Item(s):  Room F-5
1- Silver Case SR1530AH
S/N # QSHC7510798

_(signature across page)_

Received By: Robert Wolasky          Received From: _____
              (Signature)                              (Signature)

SXPF-000012

FD-597 (Rev 8-11-94)                                          Page ___1___ of ___1___

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
#### Receipt for Property Received/Returned/Released/Seized

File # 295-HO-168127

On (date) March 5, 2008

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name)  SXP

(Street Address)  3 Riverway #705 (Rm D)

(City)  HOUSTON TX                    Room "D"

Description of Item(s):

folder marked "Robert Weikel" inside containing
various documents relating:
    user administration
    email correspondences
    Mattew Solnik W-4
    login/user names
    pages of possible computer codes
    diagram of servers/routers
    yellow note pad w/diagram and notes
    white note pad containing business notes
    3 sheets (lined) photo copies of notes

            T.C. Huynh        KCbb

Received By:  Q. Robert Webasne      Received From: _____
                  (Signature)                              (Signature)

SXPF-000013

FD-597 (Rev 8-11-04)

Page __1__ of __1__

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # _295A-HO-65127, 288A-HO-68128_

On (date) _3/05/08_

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) _SXD_

(Street Address) _Three River Way, Suite 705_

(City) _Houston, Texas_                    _Room "G"_

Description of Item(s): _1(one) Antec desktop PC, black + silver w/ no serial numbers. Assigned G-1._

Received By: _D. Robert Woloson_    Received From: _____
            (Signature)                          (Signature)

SXPF-000014

FD-597 (Rev 8-11-94)                                      Page ___1___ of ___1___

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
#### Receipt for Property Received/Returned/Released/Seized

File # 295A- 40-68127
       29XA-40-68129

On (date)   MARCH 5, 2008                         item(s) listed below were:
                                                   ☐ Received From
                                                   ☐ Returned To
                                                   ☐ Released To
                                                   ☒ Seized

(Name)   Room I  of SXP site

(Street Address)  3 RIVERWAY  STE 705

(City)   HOUSTON

Description of Item(s):  Aztec Desktop with no identification S-N or Model number.
Identified on-site as  I-2

① one CD-R memorex 700MB.

Received By: _N. Robert Nolorgyn_  Received From: _____
                  (Signature)                              (Signature)

PD-597 (Rev 8-11-94)

Page __1__ of __1__

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**
Receipt for Property Received/Returned/Released/Seized

288A-HO-68129

File # 295A-HO-68127

On (date) MARCH 9, 2008

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) SXP   Room I

(Street Address) 3 RIVERWAY STE 706

(City) HOUSTON TX

Room I

Description of Item(s): - Cisco Catalyst 3560 G  SN: FC1136Y04Z

- Cisco ASA 5510  SN: JMX1137L0Q2

Received By: _D. Robert Wolaway_   Received From: _____
(Signature)                                         (Signature)

SXPF-000016

FD-597 (Rev 8-11-94)

Page __1__ of __1__

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
#### Receipt for Property Received/Returned/Released/Seized

File # __295-HO-68127__

On (date) __MARCH 5, 2008__

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) __SXP__

(Street Address) __3 RIVERWAY, STE 705, RMD__

(City) __HOUSTON__

Description of Item(s): __ROOM D__

① __BLK ANTEC DESKTOP P.C.__

Received By: __O. Robert Wolson__
(Signature)

Received From: _____
(Signature)

SXPF-000017

FD-597 (Rev 8-11-94)

Page  1  of  1

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**
Receipt for Property Received/Returned/Released/Seized

File #  288A - HO - 68129
        295A - HO - 68127

On (date)  03/05/2008

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name)  SXP  Room "C"

(Street Address) Three River Way, Suite 705

(City) Houston, TX

Description of Item(s):  Antec Desktop with no Identification S-N or
Model. Identified on site as C-1.

Received By:  O. Robert Wolvoss  (Signature)     Received From: _____ (Signature)

SXPF-000018

FD-597 (Rev 8-11-94)

Page __1__ of __1__

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 2TS4-Ho-L8127
2TS8A-Ho-L8129

On (date) __03/05/2008__

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) __SXP    Room E__

(Street Address) __Three River Way, Suite 705__

(City) __Houston, TX__

Description of Item(s): __Dell Vostro 1400 Laptop, Service Tag: CTMTFD1,__
__identified as Room C 2  with power cord and battery__

Received By: __D. Robert Wolosyn__    Received From: _____
(Signature)                                                      (Signature)

SXPF-000019

Page ___1___ of ___1___

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**
Receipt for Property Received/Returned/Released/Seized

File # _288A-HO-68129 / 295A-HO-68127_

On (date) _3/5/08_

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) _SXP_

(Street Address) _THREE RIVER WAY, SUITE 705_

(City) _Houston, TX_

_Room "C"_

Description of Item(s):

_(1) GENERIC USB EXTERNAL HARD DISK DRIVE S/N: UW05U3MY_
_00374_

_FOUND IN ROOM C ON DESK._

Received By: _[signature] Robert Wolosen_   Received From: _____
(Signature)                                      (Signature)

FD-597 (Rev 8-11-94)

Page __1__ of __1__

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # _275A-HO-68127_

On (date) _March 5, 2008_

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) _SXP_

(Street Address) _Three Riverway, Ste 705    Room "D"_

(City) _Houston, TX 77056_

Description of Item(s): _CD labeled Clonezilla from left side of desk, 4_
_DVD-R's unlabeled from left side of desk, CD-R labeled iNESoml_
_2 CD's labeled Windows 2003 Server Data Center x64 left and_
_2x2, CD-R labeled G2137, CD-R labeled 11B Desk,_
_blank CD-R, 9 unlabeled DVR from lower left desk, blue_
_DVD-R w/sticky label "Conins 50 x 86 (GT2ild DVD",_
_Stack of 12 DVD-R's unlabeled on tower, Prom right-sidey_
_desk "Windows Server 2008 Enterprise x64" DVD-R, DVD-R labeled_
_"5-04", 2 CD-R not labeled_

Received By: _[signature]_ (Signature)    Received From: _____ (Signature)

SXPF-000021

FD-597 (Rev 8-11-94)

Page ___1___ of ___1___

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 295A-HO- 68127

On (date)  03/05/08

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name)  SxP

(Street Address)  THREE RIVER WAY, SUITE 705

(City)  Houston, TX

Description of Item(s):  ROOM B

(1) ANTEC BIMIK DESKTOP PC

Received By: _____ Received From: _____
                (Signature)                                (Signature)

SXPF-000022

Mamakis – Search

FD-597 (Rev 8-11-94)                                                          Page ___1___ of ___1___

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
#### Receipt for Property Received/Returned/Released/Seized

File # _295A-HO-108127_

On (date) _March 5, 2008_ _____

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) _SXP_

(Street Address) _Three University, S, 1705_      Room "D"

(City) _Houston, TX 77050_

Description of Item(s): CD labeled Clonezilla from left side of desk, 4 DVD-R's not labeled from left side of desk, CD-R labeled Jeb Saul, 2 CD's labeled Windows 2003 Server Data Center Vol. 1&2 and 2&2, CD-R labeled C207, CD-R labeled 11B Desk, blank CD-R, DR labeled DR from color left of desk, blue DVD-R w/sticky label "Contins 50 x 8x CD Build DV", stack of 12 DVD-R's not labeled on tower, Prom's right under desk "Windows Server 2008 Enterprise x64" DVD-R, DVD-R labeled "5-04", 2 CD-R not labeled.

Received By: _O. Robert Nelson_
(Signature)

Received From: _____
(Signature)

SXPF-000023

FD-597 (Rev 8-11-94)                                                          Page ___1___ of ___1___

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 295-HO-68127

On (date) MARCH 5, 2008

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) SXP

(Street Address) 3 RIVERWAY #705 RMC - File Cabinet

(City) HOUSTON   Room "C"

Description of Item(s):
- employment offers letters
- carbon copies of issued checks
- receipts of property tax
- Rental Agreement between SXP LLC and Tatiana Pearl
- Consulting Services Agreement
- diagram of serves
- resumes
- T mobil telephone bill for Vitaliy Auzlevsky
- birth certificate (a photo copy)
- photo copies of various Russian Passports
- copies of letters to Department of labor for Gleg Belgorohick

Received By: ___(signature)___  Received From: _____
              (Signature)                        (Signature)

SXPF-000024

FD-597 (Rev 8-11-94)                                      Page ___1___ of ___1___

### UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
#### Receipt for Property Received/Returned/Released/Seized

File # 205-HO-68127

On (date) March 5, 2008

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) SXP

(Street Address) 3 Riverway #705 Rm C - File Cabinet

(City) Houston - Room "C"

Description of Item(s):

5 CDS (Mirers CD, Christy manie, Adobe Acrobat Pif 8.0, Civind, Centos 5.1, X 86-64)

K.C.
K.Q. 86/nh

Received By: O. Robert Wolowy      Received From: _____
                (Signature)                            (Signature)

SXPF-000025

FD-597 (Rev 8-11-94)

Page __1__ of __1__

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # __295-HO-68127__

On (date) __MARCH 5, 2008__

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) __SXP__

(Street Address) __3 RIVERWAY #705 (ROOM C) - File Cabinet__

(City) __HOUSTON__

Description of Item(s):

an invoice from Lee Solomon Law Firm
Quantlab Financial vs Vitaliy Godlevsky Agreed Protective Order
KUHARSKY'S RESPONSE TO REQUEST FOR PRODUCTION
Quantlab's interrogatories to Godlevsky
Application for Temporary Restraining Order & Temporary injunction

K.C. Harsh

Received By: __O. Robert Anderson__ (Signature)     Received From: _____ (Signature)

SXPF-000026

FD-597 (Rev .8-11-94)

Page __1__ of __1__

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**
Receipt for Property Received/Returned/Released/Seized

File # 295A-HO-68127

On (date) March 5 2008

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) SXP

(Street Address) Three River Way Suit 705

(City) Houston TX 77056 Room "C" Bookshelf

Description of Item(s):

1) Bundle of Papers left by Rui.
There is a yellow sticky on it written by Vasili
Vasili is asking Vitaly whether he needs to keep it or pitch it.
The Bundle contains code, to specifi; It Also
contains specifications NYSE Real time Quotes

William Wen
William Weaver

Received By: Q. Robert Colony
(Signature)

Received From:
(Signature)

SXPF-000027

FD-597 (Rev 8-11-94)

Page __1__ of __1__

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # __295A-HO-68127__

On (date) __3/5/08__

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) __SXP__

(Street Address) __3 Riverway, Suite 705__

(City) __Houston, TX__

__Deskin Room A__                              __Room A__

Description of Item(s): _____

__Misc. Invoices + receipts__

Received By: __O. Robert Coleman__  Received From: _____
                (Signature)                        (Signature)

SXPF-000028

FD-507 (Rev 8-11-94)

Page ___1___ of ___1___

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**
Receipt for Property Received/Returned/Released/Seized

File # 295A-HO-68637

On (date) March 5, 2008

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☑ Seized

(Name) SXP Analytics, LLC    Room B

(Street Address) Three River Way, Suite 705

(City) Houston TX 77056

Description of Item(s):

1) 3 pages of code  File:/home/mstephens....../mainwindow.h
   found on desk  Room B  From ui Trade Monitor.h

2) 9 pages of code  File:/home/mstephens/...../mainwindow.cpp
   found on bookshelf Room B

3) papers describing the Trading GUI
   some Code  File:/home/mstephens/...../finddialog.cpp
   some yellow paper w/ drawing of Trade Server
   + formulas
   Found on Bookshelf Room B

   William Weaver

Received By: O. Robert Wolarp
                (Signature)

Received From: _____
                    (Signature)

SXPF-000029

FD-597 (Rev 8-11-94)

Page ___1___ of ___1___

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 295A-HO-68127

On (date) 3/5/08

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) SXP

(Street Address) 3 Riverway Suite 205

(City) Houston, TX

File Cabinet Room A

Description of Item(s):

SXP Analytics INC check duplicate receipts
check #s 1154, 1155, 1156, 1157, 1158, 1159, 1166, 1167, 1168,
1169, 1170, 1171, 1178, 1179, 1180, and 1181
Copy Texas Vehicle title 2004 Honda VIN 1HFCM66594A036486
Insurance forms Andrew Kuharsky + Vitaliy Godlevsky
Personal Files Gongbin He, Robert Weikel, + Matthew Sedwick
Folder Misc receipts
Network + Computer Hardware receipts folder
NASDAQ Colo App. folder
Financial Data Feed Acknowledgements folder
NASDAQ Data Feed Agreements folder
NYSE Data Applications folder

ALEE
Matt Sedwick

Received By: D. Robert Wolosyn     Received From: _____
            (Signature)                              (Signature)

FD-597 (Rev 8-11-94)                                              Page __1__ of __1__

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # __295A-HO-68127__

On (date) __03/05/2008__                          item(s) listed below were:
                                                  ☐ Received From
                                                  ☐ Returned To
                                                  ☐ Released To
                                                  ☒ Seized

(Name) __SXP Analytics, LLC__

(Street Address) __Three River Way, Suite 705__

(City) __Houston, TX 77056__                      Room "C"

Description of Item(s): Separation agreement and mutual release, Attorney correspondence from Nancy M. McCoy to Mr. Emmanuel Manalakis (Possible Attorney Client privilege), T-Mobile phone bill for (281) 788-0137 and (713) 459-0127 Jan 15-08, Wells Fargo mortgage statement for Godlevsky, Amtrust bank statement for Godlevsky, Notepad and assorted notes with computations and mathematical formulas, Resume for Engesh Sailada, correspondence on Quasi-Monte-Carlo Methods, Notepad with computations

Received By: __O. Robert Urbany__          Received From: _____
              (Signature)                                    (Signature)

SXPF-000031

FD-597 (Rev 8-11-94)

Page ___1___ of ___1___

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # __295A-HO-68127__

On (date) __03/05/2008__

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) __SXP Analytics__

(Street Address) __Three River Way, Suite 705__

(City) __Houston, TX 77056__    Room "C"    Electronic Media

Description of Item(s): __Compact Discs (6) GeForce, Intuos, Visio 2007,
Microsoft Visual - may be in Russian/Ukrainian, MFC-7420 and Windata
DVD-R__

Received By: __Q. Robert Woloszyn__
(Signature)

Received From: _____
(Signature)

SXPF-000032