IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| QUANTLAB TECHNOLOGIES LTD. (BVI) AND QUANTLAB FINANCIAL, LLC, <br><br> *Plaintiffs*, <br><br> v. <br><br> VITALIY GODLEVSKY, ANDRIY KUHARSKY, ANNA MARAVINA, PING AN, EMMANUEL MAMALAKIS, AND SXP ANALYTICS, LLC, <br><br> *Defendants*. | § § § § § § § § § § § § § § § | CIVIL ACTION NO. H-09-4039 <br><br><br> JURY DEMANDED |

## ORDER GRANTING PLAINTIFFS' FIRST MOTION
## TO COMPEL DISCOVERY FROM DEFENDANT SXP ANALYTICS

Having considered Plaintiffs' First Motion to Compel Discovery from SXP Analytics, together with the pleadings, response, and reply, and applicable authority, this Court finds that the motion should be and is hereby GRANTED and the following orders entered:

It is HEREBY ORDERED that the discovery objections of Defendant SXP Analytics are overruled and SXP Analytics is ordered to respond in full without objection within ten (10) calendar days from the entry of this order to the following discovery requests:

- Nos. 5, 6, 7, 8, 9, and 13 to Quantlab's First Set of Interrogatories to Defendant SXP Analytics, LLC;

- Nos. 1, 3–8, 11–12, 15–26, 28–31, 33–94, 96–102, 104–107, 110–113, 116, 118–121, 124–129, 131–132, 135–136, 139, and 148 to Quantlab's First Request for Production to Defendant SXP Analytics, LLC; and

- Nos. 1–16, 24–37, 41–44, 55–63, 66–86, 99, and 101–103 to Quantlab's First Requests for Admission to Defendant SXP Analytics, LLC.

IT IS SO ORDERED.

SIGNED in Houston, Texas, this _____ day of _____, 2012.

_____
Hon. Keith Ellison
United States District Judge