IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| QUANTLAB TECHNOLOGIES LTD. (BVI), AND QUANTLAB FINANCIAL, LLC, | § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. H-09-4039 |
| v. | § § | |
| VITALIY GODLEVSKY, ANDRIY KUHARSKY, ANNA MARAVINA, PING AN, EMMANUEL MAMALAKIS, AND SXP ANALYTICS, LLC, | § § § § § § | JURY TRIAL DEMANDED |
| Defendants. | § | |

**STIPULATED JUDGMENT AND PERMANENT INJUNCTION
AGAINST SXP ANALYTICS, LLC**

1.  On December 18, 2009, Plaintiffs Quantlab Technologies Ltd. (BVI) and Quantlab Financial, LLC (collectively "Plaintiff" or "Quantlab") filed their Original Complaint and Request for Injunctive Relief against all of the defendants including SXP Analytics, LLC ("SXP"). Dkt.#1. On July 21, 2014, with leave of Court, Plaintiff filed their Third Amended Complaint and Request for Injunctive Relief against all of the defendants including SXP. Dkt.#533.

2.  On October 24, 2014, Quantlab filed a motion for partial summary judgment for liability on its claim for breach of contract against the former employee defendants who provided Quantlab materials directly or indirectly to SXP—Kuharsky, Godlevsky, Maravina and An. Dkt.#578

3.  On November 11, 2014, Quantlab filed a motion for partial summary judgment for liability on its claim for tortious interference with contract against SXP. Dkt.#580.

4. On November 21, 2014, Quantlab filed a motion for partial summary judgment for liability on its claim against SXP, Kuharsky, Godlevsky, Maravina and Mamalakis for copyright infringement. Dkt.#596

5. On December 19, 2014, SXP filed a consolidated response to both motions for summary judgment against SXP. Dkt.#629.

6. By order dated January 30, 2015, the Court granted Quantlab's motion for partial summary judgment that former employees Godlevsky, Kuharsky, Maravina and An breached their confidentiality agreements. Dkt.#661.

7. By order dated March 25, 2015, the Court granted Quantlab's motion for partial summary judgment that SXP tortiously interfered with Quantlab's confidentiality agreements with former Quantlab employees. Dkt.#684.

8. By order dated January 30, 2015, the Court granted Quantlab's motion for partial summary judgment that SXP, Kuharsky, Godlevsky, Maravina and Mamalakis infringed Quantlab's copyrights. Dkt.#661.

9. As a result, the remaining questions on the above claims against SXP to be determined at trial would be the amount of damages, scope of injunctive relief, and attorney's fees, if any.

10. In light of the foregoing and to avoid further expense, SXP hereby stipulates to liability on all pleaded causes of action and judgment for damages and injunctive relief.

11. The stipulated permanent injunction shall be effective as of the date and time signed below. Quantlab and SXP agree that this permanent injunction satisfies the requirements of the Federal Rules of Civil Procedure and they waive any contrary claim.

12. Accordingly, this Court, having considered the record and being sufficiently advised, and based upon the agreement of the parties, hereby ORDERS the following:

    a. That upon all claims asserted by Quantlab, including claims for trade secret misappropriation, copyright infringement, tortious interference with contract, computer fraud and abuse act, and unlawful conspiracy, against defendant SXP Analytics, LLC, plaintiffs Quantlab Technologies Ltd. (BVI) and Quantlab Financial, LLC recover from defendant SXP Analytics, LLC the sum of Twenty Eight Million Five Hundred Thousand Dollars ($28,500,000.00), interest on that sum at the rate of 0.22 percent per year compounded annually, from the day the judgment is signed until the day the judgment is satisfied, and that Quantlab Technologies Ltd. (BVI) and Quantlab Financial, LLC recover costs of court from SXP Analytics, LLC. Nothing in this judgment affects the claims or the amount of damages that may be awarded in favor of Quantlab Technologies Ltd. (BVI) and Quantlab Financial, LLC and against any co-defendant.

    b. That SXP Analytics, LLC and anyone acting in concert with it is hereby enjoined as follows:

        i. from directly or indirectly using or disclosing any confidential, proprietary, or trade secret information of Quantlab Technologies Ltd. (BVI) and Quantlab Financial, LLC;

        ii. from directly or indirectly engaging in any unauthorized use or disclosure of confidential information belonging to Quantlab Technologies Ltd. (BVI) and Quantlab Financial, LLC, which includes trade secrets and other information that have been developed or used and/or will be

developed or used by or for the benefit, or at the expense, of Quantlab Technologies Ltd. (BVI) and Quantlab Financial, LLC, that cannot be obtained readily by third parties, by legitimate means, from outside sources, in whatever form, tangible or intangible, pertaining to the business of Quantlab or its affiliates, employees, investors, clients, consultants, or business associates;

iii. from directly or indirectly engaging in any unauthorized use or disclosure of proprietary information belonging to Quantlab Technologies Ltd. (BVI) and Quantlab Financial, LLC, which includes all information and any idea in whatever form, tangible or intangible, pertaining to the business of Quantlab Technologies Ltd. (BVI) and Quantlab Financial, LLC or any of its affiliates, employees, investors, clients, consultants, or business associates, which was conceived, discovered, developed, improved upon, or produced by any employee of Quantlab in the course of his or her employment at Quantlab, or which was otherwise the result of work made for hire of, for, or on behalf of Quantlab Technologies Ltd. (BVI) and Quantlab Financial, LLC or any of its affiliated companies;

iv. from directly or indirectly engaging in any further violations of or interference with any co-defendant's written proprietary information agreement or confidential information and inventions agreement with Quantlab Financial, LLC; and

v. from directly or indirectly copying, transferring or in any way distributing or assigning without the express written consent of Quantlab Financial,

LLC and Quantlab Technologies, Ltd. (BVI) any electronic information or rights to any electronic information stored on any electronic storage device in SXP Analytics, LLC's possession, custody or control, which are stipulated to contain confidential, proprietary, and/or trade secret information of Quantlab Financial, LLC and Quantlab Technologies, Ltd. (BVI), unless ordered to do so by order of a court, issuance of a subpoena, or formal request after notice to Quantlab Financial, LLC and Quantlab Technologies Ltd. (BVI) with an opportunity for them to object.

13.  It is further ORDERED that this judgment does not affect any claims against co-defendants Godlevsky, Kuharsky, Maravina, An and Mamalakis.

14.  It is further ORDERED that this Court shall retain jurisdiction over this cause following the signing and entry of a final judgment for the purpose of enforcing the injunctive relief described above.

SIGNED at Houston, Texas at _____ o'clock __.m. on April ____, 2015.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

APPROVED AND AGREED AS TO FORM AND SUBSTANCE:

Of Counsel:
Tim McInturf
Texas Bar No. 00788020
S.D. Tex. Bar No. 18058
Simon J. Garfield
Texas Bar No. 24040957
S.D. Tex. Bar No. 634831
Quantlab Financial, LLC
4200 Montrose Blvd., Suite 200
Houston, Texas 77006
713.400.5917 (Telephone)
713.400.5918 (Facsimile)
tmcinturf@quantlab.com
sgarfield@quantlab.com

Lee L. Kaplan
Attorney-in-Charge
State Bar No. 11094400
Ty Doyle
State Bar No. 24072075
Smyser Kaplan & Veselka, L.L.P.
700 Louisiana, Suite 2300
Houston, TX 77002
(713) 221-2323; (713) 221-2320 (fax)
lkaplan@skv.com
tydoyle@skv.com

Allan H. Neighbors, IV
Texas Bar No. 24033660
S.D. Tex. Bar No. 34398
Littler Mendelson, P.C.
1301 McKinney, Suite 1900
Houston, Texas 77010
713.951.9400 (Telephone)
713.951.9212 (Facsimile)
aneighbors@littler.com
M. Scott McDonald
Texas Bar No. 13555505
S.D. Tex. Bar No. 9500
Tim Rybacki
Texas Bar No. 24056248
S.D. Tex. Bar No. 718501
Travis J. Odom
Texas Bar No. 24056063
S.D. Tex. Bar No. 997750
1301 McKinney, Suite 1900
Houston, Texas 77010

**ATTORNEYS FOR PLAINTIFFS QUANTLAB TECHNOLOGIES LTD. (BVI), AND QUANTLAB FINANCIAL, LLC**

O'NEIL, CANNON, HOLLMAN, DEJONG
&LAING S.C.
Attorney for Seth E. Dizard, Esq.,
Receiver for SXP Analytics LLC

By: /s/ Joseph D. Newbold *per mission to ulk*
Joseph D. Newbold
State Bar No. 1085294
joe.newbold@wilaw.com
Gregory W. Lyons
State Bar No. 1000492
greg.lyons@wilaw.com

P.O. Address:
O'Neil, Cannon, Hollman, DeJong & Laing S.C.
111 East Wisconsin Avenue, Suite 1400
Milwaukee, Wisconsin 53202
(414) 276-5000