# Exhibit C

## Doyle,Ty

| | |
|---|---|
| **From:** | Doyle,Ty |
| **Sent:** | Monday, December 04, 2017 11:04 AM |
| **To:** | dholmes282@aol.com; emama@mamalakislaw.com |
| **Cc:** | Kaplan, Lee; Wolf, Alex |
| **Subject:** | RE: RE: Conference |

Emo, is there a time that you'd like to speak, or is it the case that since we're providing our rates (see below), your position is the same as David's and you don't view a call as necessary?

David, per your request below, the rates are as follows:

Here are our rates for the main billers.  Our rates generally remain the same during the course of a case, and did so here:

Lee Kaplan (senior partner)– 750
Ty Doyle (partner)– 345
Alex Wolf (associate) – 300
Michelle Stratton (counsel)– 400
Terri Matthies (paralegal) – 190
Termaine Owens (paralegal/lit support) – 110

Littler's rates:
*Rates in 2015 (April)*
Scott McDonald (senior partner) – 570
Allan Neighbors (partner) – 415
Tim Rybacki (associate) – 365

*Rates in 2014 (April)*
Scott – 555
Allan – 405
Tim – 355

*Rates in 2013 (May)*
Scott – 540
Allan – 395
Tim – 325
Other associates – 275-315

*Rates in 2012 (April)*
Scott – 515
Allan – 340
Tim – 300
Kimberly Miers (partner) – 370
Other associates – 290
Paralegals – 165-175

**From:** dholmes282@aol.com [mailto:dholmes282@aol.com]
**Sent:** Friday, December 01, 2017 2:07 PM
**To:** Doyle,Ty; emama@mamalakislaw.com

1

**Cc:** Kaplan, Lee; Wolf, Alex
**Subject:** Re: RE: Conference

Thanks. So basically your client's claim to fees boils down to arguing that everything is inextricably intertwined with the contract claim and for sanctions under Rule 37. Section 1927 does not permit sanctions against a party. We already briefed our position on the contract claim and Rule 37, so I don't know what we need to discuss.

That takes care of items 1 and 2. Item 3 is the reasonableness of your rates. Do you have a handy list of the rates that are built into your attorneys' fee demand?

David C. Holmes
Law Offices of David C. Holmes
13201 Northwest Freeway, Suite 800
Houston, Texas 77040
713-586-8862
713-586-8863 (fax)
www.davidcholmeslaw.com

Certified in Labor and Employment Law
by the Texas Board of Legal Specialization

In a message dated 12/1/2017 12:23:28 PM Central Standard Time, tydoyle@skv.com writes:


Kuharsky should pay all fees for litigating against him pursuant to his contract with Quantlab.

- Kuharsky should pay all fees for litigating against him because of his vexatious litigation behavior.

- Mamalakis should pay all fees for litigating against him because of his vexatious litigation behavior.

- Kuharsky should pay all fees for litigating the breach of contract claim + appellate fees.

- Kuharsky should pay all fees for litigating against him because all claims were intertwined with the breach of contract claim.

- Defendants should pay all attorney fees for investigating spoliation.

- Defendants should pay all expert fees for investigating spoliation.