| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

### HOUSTON DIVISION

Quantlab Technologies Ltd. (BVI), et al.
   *Plaintiff(s),*

v.                                           Case No. 4:09−cv−04039

Vitaliy Godlevsky, et al.
   *Defendant(s).*

## NOTICE OF SETTING

### PLEASE TAKE NOTICE

HEARING: **Motion Hearing**
RE: Motion for Attorney Fees – #787
Motion for Miscellaneous Relief – #869
Motion for Miscellaneous Relief – #871

DATE: **1/31/2018**

TIME: **02:30 PM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

**UNITED STATES COURTHOUSE
515 RUSK COURTROOM 3−A
HOUSTON, TEXAS 77002.**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL−IN NUMBER AT 713−250−5238.

**David J. Bradley, Clerk**                                           Date: January 18, 2018

By Deputy Clerk, A. Rivera