IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| QUANTLAB TECHNOLOGIES LTD. (BVI), AND QUANTLAB FINANCIAL, LLC, | § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. H-09-4039 |
| v. | § § | |
| VITALIY GODLEVSKY, ANDRIY KUHARSKY, ANNA MARAVINA, PING AN, EMMANUEL MAMALAKIS, AND SXP ANALYTICS, LLC, | § § § § § | |
| Defendants. | § § | JURY TRIAL DEMANDED |

## ORDER

Before this Court are Plaintiffs' ("Quantlab's") Motion for Attorneys' Fees and Motion for Costs. Having considered the Motions, responses, replies, applicable law, and arguments of counsel, the Court **GRANTS** Quantlab's Motions as follows:

Quantlab is entitled to recover its attorneys' fees on the following theory(ies):

- Kuharsky shall pay all fees for litigating against him pursuant to his contract with Quantlab.

- Kuharsky shall pay all fees for litigating against him because of his unreasonable and vexatious litigation behavior.

- Mamalakis shall pay all fees for litigating against him because of his unreasonable and vexatious litigation behavior.

- Kuharsky shall pay all fees for litigating the breach of contract claim against him, including appellate fees.

- Kuharsky shall pay all fees for litigating against him because all claims were intertwined with the breach of contract claim.

- Kuharsky and Mamalakis shall pay all attorneys' fees incurred in investigating their spoliation.

722723.1

- Kuharsky and Mamalakis shall pay all expert fees incurred in investigating their spoliation.

Quantlab shall submit to the Court supporting materials for its attorneys' and expert fees within 30 days of the entry of this Order.

SIGNED this _____ day of _____, 2018.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

722723.1