# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **QUANTLAB TECHNOLOGIES LTD. (BVI), AND QUANTLAB FINANCIAL, LLC,** | § § § | |
| Plaintiffs, | § | **CIVIL ACTION NO. H-09-4039** |
| | § | |
| v. | § | |
| | § | |
| **VITALIY GODLEVSKY, ANDRIY KUHARSKY, ANNA MARAVINA, PING AN, EMMANUEL MAMALAKIS, AND SXP ANALYTICS, LLC,** | § § § § | |
| | § | **JURY TRIAL DEMANDED** |
| Defendants. | § | |

**AFFIDAVIT OF TIM MCINTURF**

Quantlab's Attorney and Expert Fees – 2007

**Quantlab Financial 2007**

| Consultants (Prof. Fees) | Jan Act | Feb Act | Mar Act | Apr Act | May Act | Jun Act | Jul Act | Aug Act | Sep Act | Oct Act | Nov Act | Dec Act | Total Act |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AON Consulting | - | - | - | - | - | - | - | (27,668.03) | - | - | - | - | (27,668.03) |
|  |  |  |  |  |  |  |  |  |  |  |  |  | (27,668.03) |

| Legal (Prev. Employee) |  |  |  |  |  |  |  |  |  |  |  |  | Total Act |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Littler Mendelson AK | - | - | - | - | - | - | - | (11,824.00) | (17,989.00) | (13,828.50) | (40,795.50) | (26,455.50) | (110,892.50) |
| Littler Mendelson VG | - | - | - | - | - | - | - | (13,189.50) | (13,196.50) | (12,885.00) | (29,189.00) | (16,380.00) | (84,840.00) |
|  |  |  |  |  |  |  |  |  |  |  |  |  | (195,732.50) |

| Grand Totals | Jan Act | Feb Act | Mar Act | Apr Act | May Act | Jun Act | Jul Act | Aug Act | Sep Act | Oct Act | Nov Act | Dec Act | 2007 Act |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | - | - | - | - | - | - | - | (52,681.53) | (31,185.50) | (26,713.50) | (69,984.50) | (42,835.50) | (223,400.53) |

Quantlab's Attorney and Expert Fees – 2008

**Quantlab Financial 2008**

| Consultants (Prof. Fees) | Jan Act | Feb Act | Mar Act | Apr Act | May Act | Jun Act | Jul Act | Aug Act | Sep Act | Oct Act | Nov Act | Dec Act | Total Act |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AON Consulting | - | - | (36,498.61) | - | - | - | - | - | - | - | - | - | (36,498.61) |
| | | | | | | | | | | | | | (36,498.61) |

| Legal (Prev. Employee) | Jan Act | Feb Act | Mar Act | Apr Act | May Act | Jun Act | Jul Act | Aug Act | Sep Act | Oct Act | Nov Act | Dec Act | Total Act |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Littler Mendelson SXP | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Littler Mendelson VG | (21,940.00) | (7,095.50) | (26,005.00) | (34,677.00) | (15,136.00) | (608.00) | - | (1,107.44) | (1,047.00) | | | | (107,615.94) |
| Littler Mendelson AK | (33,515.50) | (6,183.00) | (6,865.00) | (4,160.00) | (553.50) | (276.50) | | (836.75) | | | | | (52,390.25) |
| Littler Mendelson AM | (7,508.00) | (51,238.00) | (5,464.00) | (4,476.00) | (4,556.00) | - | | | | | | | (73,242.00) |
| The Spencer Law Firm | (24,576.25) | (5,618.75) | - | - | - | - | - | - | - | - | - | - | (30,195.00) |
| | | | | | | | | | | | | | (263,443.19) |

| Grand Totals | Jan Act | Feb Act | Mar Act | Apr Act | May Act | Jun Act | Jul Act | Aug Act | Sep Act | Oct Act | Nov Act | Dec Act | 2008 Act |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | (87,539.75) | (70,135.25) | (74,832.61) | (43,313.00) | (20,245.50) | (884.50) | - | (1,944.19) | (1,047.00) | - | - | - | (299,941.80) |

## Quantlab's Attorney and Expert Fees – 2009

**Quantlab Financial 2009**

| Consultants (Prof. Fees) | Jan Act | Feb Act | Mar Act | Apr Act | May Act | Jun Act | Jul Act | Aug Act | Sep Act | Oct Act | Nov Act | Dec Act | Total Act |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | - |
| | | | | | | | | | | | | | - |
| **Legal (Prev. Employee)** | | | | | | | | | | | | | **Total Act** |
| Littler Mendelson SXP | - | - | - | - | - | (66,736.00) | (13,173.50) | (9,976.00) | - | (13,076.10) | (20,959.20) | (40,893.30) | (164,814.10) |
| Littler Mendelson AM | | | | (249.00) | | | | (1,466.00) | - | - | - | - | (1,715.00) |
| Littler Mendelson AK | | | | | | | | (2,304.00) | - | - | - | - | (2,304.00) |
| Littler Mendelson VG | | | | | | | | (528.00) | - | - | - | - | (528.00) |
| Law Offices of Tim Headley | - | - | - | - | - | - | - | - | (4,074.00) | (15,568.50) | (8,681.50) | (5,965.50) | (34,289.50) |
| | | | | | | | | | | | | | (203,650.60) |
| **Grand Totals** | **Jan Act** | **Feb Act** | **Mar Act** | **Apr Act** | **May Act** | **Jun Act** | **Jul Act** | **Aug Act** | **Sep Act** | **Oct Act** | **Nov Act** | **Dec Act** | **2009 Act** |
| | - | - | - | (249.00) | - | (66,736.00) | (13,173.50) | (14,274.00) | (4,074.00) | (28,644.60) | (29,640.70) | (46,858.80) | (203,650.60) |

Quantlab's Attorney and Expert Fees – 2010

**Quantlab Financial 2010**

| Consultants (Prof. Fees) | Jan Act | Feb Act | Mar Act | Apr Act | May Act | Jun Act | Jul Act | Aug Act | Sep Act | Oct Act | Nov Act | Dec Act | Total Act |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pathway | - | - | - | (1,342.39) | - | (15,839.48) | (2,325.00) | - | (6,555.94) | - | - | - | (26,062.81) |
| | | | | | | | | | | | | | (26,062.81) |

| Legal (Prev. Employee) | Jan Act | Feb Act | Mar Act | Apr Act | May Act | Jun Act | Jul Act | Aug Act | Sep Act | Oct Act | Nov Act | Dec Act | Total Act |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Littler Mendelson SXP | (33,184.80) | (44,433.90) | (61,172.55) | (56,330.10) | (51,528.60) | (43,848.45) | (51,682.50) | (2,124.45) | (6,058.80) | (17,502.75) | (11,781.00) | (1,710.00) | (381,357.90) |
| Spencer Law Firm | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Law Offices of Tim Headley | (200.00) | (8,100.00) | (12,250.00) | (1,600.00) | (150.00) | (1,300.00) | (1,250.00) | - | - | (600.00) | - | - | (25,450.00) |
| | | | | | | | | | | | | | (406,807.90) |

| Grand Totals | Jan Act | Feb Act | Mar Act | Apr Act | May Act | Jun Act | Jul Act | Aug Act | Sep Act | Oct Act | Nov Act | Dec Act | 2010 Act |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | (33,384.80) | (52,533.90) | (73,422.55) | (59,272.49) | (51,678.60) | (60,987.93) | (55,257.50) | (2,124.45) | (12,614.74) | (18,102.75) | (11,781.00) | (1,710.00) | (432,870.71) |

Quantlab's Attorney and Expert Fees – 2011

**Quantlab Financial 2011**

| Consultants (Prof. Fees) | Jan Act | Feb Act | Mar Act | Apr Act | May Act | Jun Act | Jul Act | Aug Act | Sep Act | Oct Act | Nov Act | Dec Act | Total Act |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pathway | (17,963.99) | (10,690.63) | (1,324.41) | (775.07) | (7,129.17) | (15,501.38) | (2,381.97) | - | - | - | - | - | (55,766.62) |
| | | | | | | | | | | | | | (55,766.62) |

| Legal (Prev. Employee) | Jan Act | Feb Act | Mar Act | Apr Act | May Act | Jun Act | Jul Act | Aug Act | Sep Act | Oct Act | Nov Act | Dec Act | Total Act |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Littler Mendelson SXP | (38,888.55) | (47,978.10) | (75,546.45) | (92,848.05) | (22,233.15) | (21,000.15) | (37,120.50) | (52,885.35) | (27,140.40) | (6,050.25) | (10,400.85) | (76,760.55) | (508,852.35) |
| Spencer Law Firm | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Law Offices of Tim Headley | - | - | - | (259.72) | - | - | - | (16,090.54) | (2,245.97) | (2,329.30) | (14,257.79) | (1,258.00) | (36,441.32) |
| | | | | | | | | | | | | | (545,293.67) |

| Grand Totals | Jan Act | Feb Act | Mar Act | Apr Act | May Act | Jun Act | Jul Act | Aug Act | Sep Act | Oct Act | Nov Act | Dec Act | 2011 Act |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | (56,852.54) | (58,668.73) | (76,870.86) | (93,882.84) | (29,362.32) | (36,501.53) | (39,502.47) | (68,975.89) | (29,386.37) | (8,379.55) | (24,658.64) | (78,018.55) | (601,060.29) |

Quantlab's Attorney and Expert Fees – 2012

## Quantlab Financial 2012

| Consultants (Prof. Fees) | Jan Act | Feb Act | Mar Act | Apr Act | May Act | Jun Act | Jul Act | Aug Act | Sep Act | Oct Act | Nov Act | Dec Act | Total Act |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pathway | - | - | - | (27,569.44) | - | (12,485.41) | (4,513.73) | - | (6,724.91) | - | - | (13,767.80) | (65,061.29) |
| | | | | | | | | | | | | | (65,061.29) |

| Legal (Prev. Employee) | Jan Act | Feb Act | Mar Act | Apr Act | May Act | Jun Act | Jul Act | Aug Act | Sep Act | Oct Act | Nov Act | Dec Act | Total Act |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Littler Mendelson SXP | (89,141.85) | (127,327.50) | (107,026.20) | (96,752.70) | (108,263.25) | (88,438.50) | (53,821.35) | (27,030.15) | (27,433.80) | (65,267.10) | (88,745.40) | (68,665.05) | (947,912.85) |
| Spencer Law Firm | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Whyte Hirschboeck | - | - | (43,721.25) | (5,748.32) | (86,658.25) | (11,015.00) | (3,831.25) | - | - | - | - | - | (150,974.07) |
| Law Offices of Tim Headley | (395.28) | (2,294.31) | (7,558.61) | (4,874.44) | (2,252.63) | (824.17) | (4,293.53) | (346.25) | - | - | - | - | (22,839.22) |
| Hughes Waters Askanase | - | - | - | (5,227.50) | (24,878.50) | (637.50) | (170.00) | - | - | - | - | - | (30,913.50) |
| | | | | | | | | | | | | | (1,152,639.64) |

## Quantlab Technologies 2012

| Consultants (Prof. Fees) | Jan Act | Feb Act | Mar Act | Apr Act | May Act | Jun Act | Jul Act | Aug Act | Sep Act | Oct Act | Nov Act | Dec Act | Total Act |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | - |
| | | | | | | | | | | | | | - |

| Legal (Prev. Emp) | Jan Act | Feb Act | Mar Act | Apr Act | May Act | Jun Act | Jul Act | Aug Act | Sep Act | Oct Act | Nov Act | Dec Act | Total Act |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Whyte Hirschoboeck | - | - | (43,721.25) | (5,748.32) | (86,658.25) | (11,015.00) | (3,831.25) | - | - | - | - | - | (150,974.07) |
| | | | | | | | | | | | | | (150,974.07) |

| Grand Totals | Jan Act | Feb Act | Mar Act | Apr Act | May Act | Jun Act | Jul Act | Aug Act | Sep Act | Oct Act | Nov Act | Dec Act | 2012 Act |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | (89,537.13) | (129,621.81) | (202,027.31) | (145,920.71) | (308,710.88) | (124,415.58) | (70,461.11) | (27,376.40) | (34,158.71) | (65,267.10) | (88,745.40) | (82,432.85) | (1,368,674.99) |

Quantlab's Attorney and Expert Fees – 2013

## Quantlab Financial 2013

| Consultants (Prof. Fees) | Jan Act | Feb Act | Mar Act | Apr Act | May Act | Jun Act | Jul Act | Aug Act | Sep Act | Oct Act | Nov Act | Dec Act | Total Act |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Overmont | - | - | - | - | - | (1,884.00) | (7,641.00) | - | (2,584.50) | (3,144.00) | (2,414.50) | (6,144.00) | (23,812.00) |
| Pathway | (20,432.19) | (34,339.48) | (38,018.36) | (29,523.23) | (29,506.75) | (46,939.91) | (55,572.82) | (92,513.14) | (107,339.73) | (90,454.71) | (61,738.41) | (75,900.58) | (682,279.31) |
| | | | | | | | | | | | | | (706,091.31) |

| Legal (Prev. Employee) | Jan Act | Feb Act | Mar Act | Apr Act | May Act | Jun Act | Jul Act | Aug Act | Sep Act | Oct Act | Nov Act | Dec Act | Total Act |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Littler Mendelson SXP | (105,199.65) | (144,104.85) | (168,777.90) | - | (52,423.20) | (41,207.18) | (44,518.35) | (49,857.75) | (49,748.62) | (61,885.35) | (41,518.80) | (23,640.30) | (782,881.95) |
| Law Office of Tim Headley | (1,000.00) | (877.22) | (4,759.03) | (6,670.28) | (383.33) | - | - | - | - | - | (941.81) | (308.19) | (14,939.86) |
| SKV | - | - | - | (31,512.75) | (21,020.50) | (26,049.25) | (33,834.75) | (34,008.40) | (29,315.50) | (74,146.00) | (38,656.25) | (25,526.25) | (314,069.65) |
| Hughes Waters Askanase | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | (1,111,891.46) |

## Quantlab Technologies 2013

| Consultants (Prof. Fees) | Jan Act | Feb Act | Mar Act | Apr Act | May Act | Jun Act | Jul Act | Aug Act | Sep Act | Oct Act | Nov Act | Dec Act | Total Act |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Overmont | - | - | - | - | - | (1,884.00) | (7,641.00) | - | (2,584.50) | (3,144.00) | (2,414.00) | (6,144.00) | (23,811.50) |
| | | | | | | | | | | | | | (23,811.50) |

| Legal (Prev. Emp) | Jan Act | Feb Act | Mar Act | Apr Act | May Act | Jun Act | Jul Act | Aug Act | Sep Act | Oct Act | Nov Act | Dec Act | Total Act |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Whyte Hirschboeck | - | - | - | - | - | - | - | (3,450.00) | - | - | - | - | (3,450.00) |
| Law Office of Tim Headley | - | - | - | (6,636.25) | (383.33) | (58.33) | - | - | - | (1,525.00) | (1,689.86) | - | (10,292.77) |
| SKV | - | - | - | (31,512.75) | (21,020.50) | (26,049.25) | (33,834.75) | (34,008.40) | (29,315.50) | (74,146.00) | (38,656.25) | (25,526.25) | (314,069.65) |
| Littler Mendelson SXP | - | - | - | (199,862.10) | (52,423.20) | (41,207.18) | (44,518.35) | (49,857.75) | (49,748.62) | (61,885.35) | (41,518.80) | (23,640.30) | (564,661.65) |
| | | | | | | | | | | | | | (892,474.07) |

| **Grand Totals** | Jan Act | Feb Act | Mar Act | Apr Act | May Act | Jun Act | Jul Act | Aug Act | Sep Act | Oct Act | Nov Act | Dec Act | **2013 Act** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | (126,631.84) | (179,321.55) | (211,555.29) | (305,717.36) | (177,160.81) | (185,279.09) | (227,561.02) | (263,695.44) | (270,636.97) | (370,330.41) | (229,548.68) | (186,829.87) | **(2,734,268.33)** |

Quantlab's Attorney and Expert Fees – 2014

## Quantlab Financial 2014

| Consultants (Prof. Fees) | Jan Act | Feb Act | Mar Act | Apr Act | May Act | Jun Act | Jul Act | Aug Act | Sep Act | Oct Act | Nov Act | Dec Act | Total Act |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Overmont | (1,604.50) | (2,275.50) | (3,555.50) | (5,076.50) | (4,331.50) | - | - | - | - | - | - | - | (16,843.50) |
| Pathway | (31,255.37) | (60,413.63) | (61,238.03) | (83,967.99) | (86,061.17) | (43,643.73) | (1,014.84) | - | (9,416.84) | - | (2,485.24) | (8,687.06) | (388,183.90) |
| | | | | | | | | | | | | | (405,027.40) |

| Legal (Prev. Employee) | Jan Act | Feb Act | Mar Act | Apr Act | May Act | Jun Act | Jul Act | Aug Act | Sep Act | Oct Act | Nov Act | Dec Act | Total Act |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Littler Mendelson SXP | (16,074.45) | (10,879.65) | (19,439.10) | (39,664.35) | (15,537.60) | (17,210.70) | (28,251.45) | (41,341.00) | (43,590.37) | (33,196.95) | (41,285.25) | (37,476.00) | (343,946.87) |
| SKV | (9,070.50) | (21,974.25) | (10,786.50) | (18,806.75) | (25,653.25) | (29,039.00) | (45,976.00) | (68,469.00) | (45,297.75) | (55,302.50) | (44,652.75) | (65,366.75) | (440,395.00) |
| Law Office of Tim Headley | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | (784,341.87) |

## Quantlab Technologies 2014

| Consultants (Prof. Fees) | Jan Act | Feb Act | Mar Act | Apr Act | May Act | Jun Act | Jul Act | Aug Act | Sep Act | Oct Act | Nov Act | Dec Act | Total Act |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Overmont | (1,604.50) | (2,275.50) | (3,555.50) | (5,076.50) | (4,331.50) | - | - | - | - | - | - | - | (16,843.50) |
| | | | | | | | | | | | | | (16,843.50) |

| Legal (Prev. Emp) | Jan Act | Feb Act | Mar Act | Apr Act | May Act | Jun Act | Jul Act | Aug Act | Sep Act | Oct Act | Nov Act | Dec Act | Total Act |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SKV | (9,070.50) | (21,974.25) | (10,786.50) | (18,806.75) | (25,653.25) | (29,039.00) | (45,976.00) | (68,469.00) | (45,297.75) | (55,302.50) | (44,652.75) | (65,366.75) | (440,395.00) |
| Littler Mendelson SXP | (16,074.45) | (10,879.65) | (19,439.10) | (39,664.35) | (15,537.60) | (17,210.70) | (28,251.45) | (41,341.00) | (43,590.37) | (33,196.95) | (41,285.25) | (37,476.00) | (343,946.87) |
| | | | | | | | | | | | | | (784,341.87) |

| Grand Totals | Jan Act | Feb Act | Mar Act | Apr Act | May Act | Jun Act | Jul Act | Aug Act | Sep Act | Oct Act | Nov Act | Dec Act | 2014 Act |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | (84,754.27) | (130,672.43) | (128,800.23) | (211,063.19) | (177,105.87) | (136,143.13) | (149,469.74) | (219,620.00) | (187,193.08) | (176,998.90) | (174,361.24) | (214,372.56) | (1,990,554.64) |

Quantlab's Attorney and Expert Fees – 2015

### Quantlab Financial 2015

| Consultants (Prof. Fees) | Jan Act | Feb Act | Mar Act | Apr Act | May Act | Jun Act | Jul Act | Aug Act | Sep Act | Oct Act | Nov Act | Dec Act | Total Act |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Overmont | - | - | (1,910.00) | (8,464.50) | (13,282.50) | - | - | - | - | - | - | - | (23,657.00) |
| Pathway | (7,200.03) | - | - | (5,891.05) | (90,960.14) | - | - | - | - | - | - | - | (104,051.22) |
| | | | | | | | | | | | | | (127,708.22) |

| Legal (Prev. Employee) | Jan Act | Feb Act | Mar Act | Apr Act | May Act | Jun Act | Jul Act | Aug Act | Sep Act | Oct Act | Nov Act | Dec Act | Total Act |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Littler Mendelson SXP | (47,378.47) | (22,011.07) | (23,752.57) | (97,884.75) | (93,735.50) | (4,821.30) | | | (13,298.25) | (2,419.00) | (1,311.00) | - | (306,611.91) |
| SKV | (55,714.50) | (32,428.00) | (64,961.00) | (115,799.50) | (142,357.75) | (22,033.50) | (28,702.00) | (2,255.25) | (3,913.25) | (3,366.00) | - | - | (471,530.75) |
| Office of Tim Headley | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Hughes Watters Askanase | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | (778,142.66) |

### Quantlab Technologies 2015

| Consultants (Prof. Fees) | Jan Act | Feb Act | Mar Act | Apr Act | May Act | Jun Act | Jul Act | Aug Act | Sep Act | Oct Act | Nov Act | Dec Act | Total Act |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Overmont | - | - | (1,910.00) | (8,465.00) | (13,283.00) | - | - | - | - | - | - | - | (23,658.00) |
| | | | | | | | | | | | | | (23,658.00) |

| Legal (Prev. Emp) | Jan Act | Feb Act | Mar Act | Apr Act | May Act | Jun Act | Jul Act | Aug Act | Sep Act | Oct Act | Nov Act | Dec Act | Total Act |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Littler Mendelson SXP | (47,378.47) | (22,011.07) | (23,752.57) | (97,884.75) | (93,735.50) | (4,821.30) | | | (13,298.25) | (2,419.00) | (1,311.00) | - | (306,611.91) |
| Office of Tim Headley | - | - | - | - | - | (187.50) | - | - | - | - | - | - | (187.50) |
| SKV | (55,714.50) | (32,428.00) | (64,961.00) | (115,799.50) | (142,357.75) | (22,033.50) | (28,702.00) | (2,255.25) | (3,913.25) | (3,366.00) | - | - | (471,530.75) |
| | | | | | | | | | | | | | (778,330.16) |

| Grand Totals | Jan Act | Feb Act | Mar Act | Apr Act | May Act | Jun Act | Jul Act | Aug Act | Sep Act | Oct Act | Nov Act | Dec Act | 2015 Act |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | (213,385.97) | (108,878.14) | (181,247.14) | (450,189.05) | (589,712.14) | (53,897.10) | (57,404.00) | (4,510.50) | (34,423.00) | (11,570.00) | (2,622.00) | - | (1,707,839.04) |

Quantlab's Attorney and Expert Fees – 2016

## Quantlab Financial 2016

| Consultants (Prof. Fees) | Jan Act | Feb Act | Mar Act | Apr Act | May Act | Jun Act | Jul Act | Aug Act | Sep Act | Oct Act | Nov Act | Dec Act | Total Act |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Overmont | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Pathway | - | - | - | - | - | - | - | - | - | - | - | (579.01) | (579.01) |
| | | | | | | | | | | | | | (579.01) |

| Legal (Prev. Employee) | | | | | | | | | | | | | Total Act |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Littler Mendelson SXP | (345.50) | (42.50) | (560.00) | (388.00) | (491.75) | (648.75) | (268.00) | (442.57) | (1,433.25) | (394.87) | (856.12) | (2,219.62) | (8,090.93) |
| SKV | (150.00) | (187.50) | (262.50) | (297.00) | (1,513.50) | - | (9,166.75) | (233.00) | (1,270.50) | (556.25) | (1,837.50) | (15,339.75) | (30,814.25) |
| Office of Tim Headley | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Hughes Watters Askanase | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | (38,905.18) |

## Quantlab Technologies 2016

| Consultants (Prof. Fees) | | | | | | | | | | | | | Total Act |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Overmont | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | - |

| Legal (Prev. Emp) | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Littler Mendelson SXP | (345.50) | (42.50) | (560.00) | (388.00) | (491.75) | (648.75) | (268.00) | (442.57) | (1,603.25) | (1,045.12) | (856.12) | (2,219.62) | (8,911.18) |
| Office of Tim Headley | - | - | - | - | - | - | - | - | - | - | - | - | - |
| SKV | (150.00) | (187.50) | (262.50) | (297.00) | (1,513.50) | - | (9,166.75) | (233.00) | (1,270.50) | (556.25) | (1,837.50) | (15,339.75) | (30,814.25) |
| | | | | | | | | | | | | | (39,725.43) |

| Grand Totals | Jan Act | Feb Act | Mar Act | Apr Act | May Act | Jun Act | Jul Act | Aug Act | Sep Act | Oct Act | Nov Act | Dec Act | 2016 Act |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | (991.00) | (460.00) | (1,645.00) | (1,370.00) | (4,010.50) | (1,297.50) | (18,869.50) | (1,351.14) | (5,577.50) | (2,552.49) | (5,387.24) | (35,697.75) | (79,209.62) |

Quantlab's Attorney and Expert Fees – 2017

## Quantlab Financial 2017

| Consultants (Prof. Fees) | Jan Act | Feb Act | Mar Act | Apr Act | May Act | Jun Act | Jul Act | Aug Act | Sep Act | Oct Act | Nov Act | Dec Act | Total Act |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Overmont | - | - | - | - | - | - | - | | | | | | - |
| Pathway | - | - | - | - | - | - | - | | | | | | - |
| | | | | | | | | | | | | | - |

| Legal (Prev. Employee) | | | | | | | | | | | | | Total Act |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Littler Mendelson SXP | (13,732.65) | (4,970.02) | (40.05) | (155.02) | (15,655.62) | (14,100.07) | (685.35) | | | | | | (49,338.78) |
| SKV | (26,559.25) | (8,313.25) | - | (1,837.50) | (15,240.75) | (6,192.75) | (814.50) | | | | | | (58,958.00) |
| Office of Tim Headley | - | - | - | - | - | - | - | | | | | | - |
| Hughes Watters Askanase | - | - | - | - | - | - | - | | | | | | - |
| | | | | | | | | | | | | | (108,296.78) |

## Quantlab Technologies 2017

| Consultants (Prof. Fees) | | | | | | | | | | | | | Total Act |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Overmont | - | - | - | - | - | - | - | | | | | | - |
| | | | | | | | | | | | | | - |

| Legal (Prev. Emp) | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Littler Mendelson SXP | (13,732.65) | (4,970.02) | (40.05) | (155.02) | (15,655.62) | (14,100.07) | (682.35) | | | | | | (49,335.78) |
| Office of Tim Headley | - | - | - | - | - | - | - | | | | | | - |
| SKV | (26,559.25) | (8,313.25) | - | (1,837.50) | (15,240.75) | (6,192.75) | (814.50) | | | | | | (58,958.00) |
| | | | | | | | | | | | | | (108,293.78) |

| Grand Totals | Jan Act | Feb Act | Mar Act | Apr Act | May Act | Jun Act | Jul Act | Aug Act | Sep Act | Oct Act | Nov Act | Dec Act | 2017 Act |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | (80,583.80) | (26,566.54) | (80.10) | (3,985.04) | (61,792.74) | (40,585.64) | (2,996.70) | | | | | | (216,590.56) |